UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL KELLOGG,** on behalf of himself and all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**GENERAL MILLS, INC.,**<br><br>**Defendant.** | Case No.: 14-CV-939 YGR<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS OR, ALTERNATIVELY, TRANSFER PROCEEDINGS** |

Defendant General Mills, Inc. has filed a Motion to Dismiss or, Alternatively, Transfer this action. (Dkt. No. 12.) The Court has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the hearing set for May 13, 2014, is **VACATED**. The Court will issue a written decision on the papers.

**IT IS SO ORDERED**.

Date: May 6, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**