# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL KELLOGG,** on behalf of himself and all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**GENERAL MILLS, INC.,**<br><br>**Defendant.** | Case No.: 14-CV-939 YGR<br><br>**ORDER VACATING ORDER TO SHOW CAUSE RE: SANCTIONS** |

On May 9, 2014, this Court issued an Order to Show Cause Re: Sanctions for Plaintiff's counsel's violation of Local Rule 7-3(d)(2). Plaintiff's counsel filed a written response on May 9, 2014. (Dkt. No. 32.)

The Court having reviewed the written response now **VACATES AND RECALLS** the Order to Show Cause. No sanctions will be ordered.

**IT IS SO ORDERED**.

Date: May 13, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**