David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
Charles C. Sipos (*pro hac vice*)
CSipos@perkinscoie.com
Mica D. Simpson (*pro hac vice*)
MSimpson@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
General Mills, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| DANIEL KELLOGG, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL MILLS, INC., <br><br> Defendant. | Case No. 4:14-CV-00939-YGR <br><br> ORDER REGARDING STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

## [**PROPOSED**] **ORDER**

Pursuant to the stipulation of the parties dated May 29, 2014, and good cause appearing, the Court hereby orders as follows:

1. The Case Management Conference currently scheduled for June 9, 2014, is XCECVGF, along with the June 2, 2014, date for submission of a Case Management Statement.

2. The Court will set a date for a Case Management Conference as necessary after it has issued its ruling on General Mills' pending Motion [Dkt. No. 25].

IT IS SO ORDERED.
DATED: June 2, 2014

_____
YVONNE GONZALEZ ROGERS
U.S. DISTRICT COURT JUDGE

-1-

ORDER GRANTING CMC CONTINUANCE

14577-0070/LEGAL120398625.1